1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| Emma Evans, | ) | |
|---|---|---|
| | ) | 1:05-CV-758 OWW DLB |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO DISMISS |
| vs. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on June 5, 2005 on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal.

Dated: May 12, 2006        /s/ Gina Fazio

                           GINA FAZIO, ESQ.
                           Attorney for Plaintiff

Dated: May 18, 2006
                           MCGREGOR SCOTT
                           United States Attorney

                           By: /s/ Kimberly A. Gaab
                           (as authorized via facsimile)
                           KIMBERLY A. GAAB
                           Assistant U.S. Attorney

1
2       IT IS SO ORDERED.
3       **Dated:   May 25, 2006**                    **/s/ Dennis L. Beck**
    3c0hj8                                       UNITED STATES MAGISTRATE JUDGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28